UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-po-00240-CKD |
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) ) | |
| BRIAN L. WOODS, | ) ) | |
| Defendant. | ) ) | DATE:  June 17, 2021 TIME:  9:30 a.m. |
| | ) ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |

   It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00240-CKD is GRANTED.

   It is further ordered that the initial appearance scheduled on June 17, 2021, is vacated.

IT IS SO ORDERED.

Dated: June 10, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE